# Exhibit 5



# PERSONAL CONDUCT POLICY

Wynn Resorts[1] personal conduct standards are based on the philosophy that **people should be treated with dignity and respect**. This rule applies to all interactions with others at or on behalf of Wynn Resorts including, guests, coworkers, managers, and vendors.

**Personal Conduct Standards**

The following are examples of expected personal conduct (this list is not all-inclusive). Employees are encouraged to review all company policies to gain a complete understanding of the conduct that is expected of them at Wynn Resorts.

- Being courteous to guests and employees.
- Creating a positive work environment by respecting, helping, and encouraging coworkers.
- Cooperating with guests, customers, other employees, and always identifying who you are (name, department, and shift) upon request.
- Never hustling or soliciting, and never suggesting that a gratuity is insufficient, required, or expected.
- Respecting the privacy of our guests.
    - Never seeking autographs or taking photographs of any guest, unless requested by the guest.
    - Never asking a guest for their address, telephone number, e-mail address or other personal information for private use.
- Displaying appropriate behavior at work, on Wynn Resorts business, or on property.
- Never engaging in conduct whether on or off-duty that (as determined by Wynn Resorts) materially and adversely affects job performance or tends to bring discredit to Wynn Resorts.
- Refraining from inappropriate conduct.
    - Please refer to Wynn Resorts' Code of Business Conduct and Ethics and Preventing Harassment and Discrimination Policy for more detail on appropriate work behavior.
- Following established work methods and procedures.
- Following Wynn Resorts and department guest service standards.
- Complying with supervisory directions, including reasonable work assignments.

---

[1] *As used herein, the use of the term "Wynn Resorts" refers to Wynn Resorts, Limited, Wynn Las Vegas, LLC (which includes Wynn Las Vegas and Encore at Wynn Las Vegas), Wynn MA, LLC (Encore Boston Harbor), Wynn Design and Development, LLC, WSI US, LLC, and their affiliated companies with operations based in the United States.*

# PERSONAL CONDUCT POLICY

- Following authorized break schedules.
  - Hourly, non-exempt employees must request permission from their department manager when requesting to leave property on a lunch break and must clock out while they are off property and clock in when they return.
  - Hourly, non-exempt employees must take authorized lunch periods and breaks in designated employee dining areas and break areas, including restroom and locker room facilities.
  - Never taking more time on breaks or during meal periods than authorized.
  - Never wasting time, loitering, or leaving the job during working hours without permission.
- Never sleeping on the job.
- Employees must stay in designated work areas during their shift and only use the facilities for the area in which they are scheduled to work, with the exception of the employee dining area.
- Entering or leaving Wynn Resorts' properties only through an authorized entrance.
  - Never being in an unauthorized area.
- Protecting Wynn Resorts' assets.
- Never destroying, damaging, defacing, or misusing any item.
- Using Wynn Resorts' property responsibly and only as authorized.
  - Never stealing Wynn Resorts' property.
  - Never using or removing property belonging to Wynn Resorts or an employee, independent contractor, guest, or vendor without authorization.
  - Complying with the intellectual property rights of third parties, which includes never using any third-party copyrights, patents, or trademarks, including publications, photos, video productions, or Web sites, without first obtaining appropriate licensing rights.
- Never lending, borrowing, or accepting money to or from guests other than unsolicited tips given for services rendered during the course of business. Please refer to Wynn Resorts' Code of Business Conduct and Ethics for more detail.
- Employees may not use any electronic device including cell phones while in work status, unless authorized to do so. Employees are not restricted from using their personal electronic devices including cell phones while on breaks or off duty.
- Adhering to all federal, state, and local laws.
- Never using Wynn Resorts' property for personal use.
- Never misusing Wynn Resorts' show tickets or engaging in any form of "ticket scalping".
  - Employees are not permitted to purchase, attempt to purchase or reserve tickets other than through the normal public channels, or when authorized pursuant to a special employee offer.

## PERSONAL CONDUCT POLICY

- ▸ Any employee purchasing for resale, or causing any person to receive show tickets without proper charge or payment, will be subject to discipline, up to and including termination. Unauthorized receipt, purchasing or resale of Wynn Resorts' show tickets will be considered a form of theft against the Company.

- ▸ Any employee that attempts to circumvent the Company's protocol in the sale and marketing of Wynn Resorts' show tickets for profit or benefit will be subject to discipline, up to and including termination.

- ▸ Employees with direct access to Wynn Resorts' show ticket reservation systems or hotel/casino ticket blocks are specifically cautioned not to use their access privileges to reserve or acquire tickets for anyone, including themselves, family or friends.

- ◆ Providing only accurate and complete information on any Wynn Resorts' documents.

- ◆ Reporting any suspicious or improper activity to a manager or security officer.

- ◆ Fully cooperating in an investigation. (When related to a National Labor Relations Board charge/proceeding or pending labor arbitration, cooperation is voluntary with proper disclosures).

- ◆ Immediately reporting any missing keys to their department manager.
  - ▸ Never improperly possessing or using any Wynn Resorts' key, including but not limited to losing, misplacing, loaning, duplicating, altering, or removing any Wynn Resorts or master key.

- ◆ Immediately reporting to a department manager any knowledge or suspicion of a person receiving Wynn Resorts' property without proper charge or payment.
  - ▸ Never giving or causing any person to receive Wynn Resorts' property without proper charge or payment, except when authorized by Wynn Resorts.
  - ▸ Never using another employee's photo ID card or employee number or giving your ID card or employee number to another person to use for any purpose.
  - ▸ Never divulging any Wynn Resorts' password, including your own, to anyone at anytime.

- ◆ Immediately informing your department manager of any arrests, arraignments, indictments or formal complaints/charges pertaining to allegations of criminal activity for which a determination has not yet issued, as well as any conviction, guilty pleas or plea of "no contest" to a criminal offense and any service of subpoenas to testify in any legal proceeding that involves alleged criminal activity by the employee or another employee of Wynn Resorts.  Further, you must inform your department manager of any civil complaints, administrative charges, or settlements (whether or not as the result of a civil or administrative complaint) involving claims alleging that you engaged in sexual harassment or discrimination. Reporting such events will not necessarily result in adverse action. Department managers are required to follow up with Employee Relations immediately following any such disclosure made by an employee. Each event will be evaluated based on the surrounding circumstances to determine whether any further action may be necessary. Failure to report the aforementioned to your department manager may result in discipline up to and including termination.

# PERSONAL CONDUCT POLICY

- Refraining from any activity in photographing or recording (either by audio or video means) others in the work environment, including coworkers, managers, guests, customers, or vendors, unless specific authorization has been given in advance by all individuals subject to the intended photography and/or recording activity or management has otherwise pre-authorized the activity for company business purposes, except as expressly provided by the National Labor Relations Act.

1. In addition to Wynn Resorts' companywide conduct standards, employees must comply with department-specific conduct standards.

2. Failure to display proper conduct and abide by these standards may result in disciplinary action, up to and including termination.

**Responsibilities**

Department managers are responsible for communicating, training, monitoring, and enforcing Wynn Resorts' personal conduct standards and developing additional department-specific standards, if applicable. Department managers must also provide retraining as needed and implement discipline procedures if the standards are violated.