Exhibit 6

# Exhibit 6



**Jim Hlawek**
Executive Director – Labor & Employment



# Harassment, Discrimination and Retaliation:

How to avoid these behaviors and foster a culture of respect and dignity

**Encore Boston Harbor does not tolerate sexual or other unlawful harassment or discrimination by any employee, volunteer, vendor, contractor, consultant, guest, customer, or visitor.**

# Today's Goals

- What's your *role* in creating a positive, safe, respectful work environment

- Know what behavior is acceptable and what is not

- How to report unacceptable behavior

- What the Company will do when it receives a complaint

# Interaction between
# Diversity and Discrimination



Discrimination impacts diversity



Diversity also helps to reduce discrimination

## Bud Light Says It 'Missed the Mark' With Line About 'Removing No From Your Vocabulary'

Brand regrets phrasing that sparked criticism





"We agree with all the criticism that this has generated – we have got this wrong and we agree that, even if unintentional, passive or casual racism needs to be eradicated wherever it exists. We appreciate the support of those who have seen that our product and promotion were not intended to cause offence but, as a global brand, we have a responsibility to be aware of and attuned to all racial and cultural sensitivities – and we have not lived up to this responsibility this time."



**Volkan Türk**
@vulkaanrots

So the black kid gets to wear the H&M sweater with "Coolest monkey in the jungle" and the white kid with "Survival expert". This is beyond disgusting. It's a projection of your neocolonial thinking. You won't see me anywhere near your shops these days @hm.

**Charles M. Blow**
@CharlesMBlow

. @hm, have you lost your damned minds?!?!?!

H&M

LADIES   MEN   KIDS   H&M HOME   SALE   MAGAZINE   #HM GALLERY



Discrimination

# When you treat someone differently, usually negatively, based on a *Protected Category*





# Age Discrimination

- Firing older workers for someone "less expensive"

- Assuming skills are related to age

- Making jokes about someone being "over the hill"

- **Applies to persons 40 and above**



# Gender Discrimination

- Paying women less than men

- Refusing to hire certain genders for specific roles

- If a female worker receives a negative performance evaluation that criticizes her for being too "aggressive" while men in her work group who behave the same way are praised for showing "leadership" or being "strong".



# Gender Identity Discrimination

- Refusing to allow an employee to use their pronoun of choice

- Refusing to allow a person to use the restroom associated with their expressed gender



# Race/National Origin Discrimination

- Paying people differently based on race

- Allowing guests to select based on race/national origin

- Using racial epithets or slurs

- Refusing to hire someone because of their accent/requiring applicants to be "native English speakers"



# Pregnancy/Post-Pregnancy Discrimination and Harassment

- Refusing to hire a qualified applicant simply because she is pregnant

- Firing an employee who is pregnant

- Not allowing an employee an opportunity to express breast milk at work

- Providing unwelcome "advice" about childbirth/leave/child rearing



# Sexual Orientation Discrimination

- Jokes about sexual orientation

- Refusing to offer benefits to same sex married couples

- Refusing to offer service to customers based on their sexual orientation



# Religious Discrimination

- Refusing to hire someone of a specific religion

- Making inappropriate comments about a person's faith

- Excluding someone from work celebrations based upon their faith.



# Disability Discrimination

- Refusing to allow service animals to enter the building

- Refusing to hire an applicant who is otherwise qualified because they have a disability



# Reasonable Accommodations

If you believe you require an accommodation due to a **disability** or a **bona fide religious practice**, contact the Employee Relations Department.

If you are disabled, you may seek an accommodation to make it possible for you to perform the **essential functions** of your position.

We will provide an accommodation unless it imposes an **"undue hardship"** to our business.

The Company may need your permission to obtain additional information from your physician or other medical professional.





# Harassment – Two Kinds

# Quid Pro Quo

- Must involve someone who has ability to impact the terms of your employment

- No relationships or co-habitation with subordinates

- Relationships between co-workers and co-habitation must be reported



QUID PRO QUO
(horses version)

# Hostile Work Environment Harassment

1. Conduct is unwelcomed

2. Based on Protected Category

3. Severe or Pervasive



# Examples

### *Severe or Pervasive?*



- Racial or homophobic slur

- Derogatory names – "sweetheart," "honey," "sexy," etc.

- Pornographic images

- Sexist remarks or behaviors

- Inappropriate or unnecessary touching

# How to Avoid a Hostile Work Environment

- Be cautious when giving compliments

- Jokes – remember, "unwelcome" is in the eye of the recipient, not the person making the joke

- Many people do not enjoy being hugged or touched by colleagues

Unwanted touching

Jokes of a sexual nature

Intrusive personal questions

Leering/staring

# Be aware of your surroundings

- Just because you intend for a conversation to be private, does not mean it is - especially if it is in the workplace.

- EDR and Employee Shuttles are part of our workplace



**Social Media**

1. **Right to express your personal opinion**

2. **Cannot speak on behalf of Company**

3. **Maintain confidential information of Company and guests**



Retaliation

# Retaliation

- Retaliation is when an employee is punished because he/she, in good faith, (i) reports observed harassment or discrimination; (ii) submits a complaint regarding or objects to harassment or discrimination; or (iii) participates in an investigation or any proceeding involving harassment or discrimination.

- Retaliation can occur in any aspect of employment such as: hiring, firing, pay, job assignments, promotions.



# Reporting Complaints



Complaints of harassment, discrimination or retaliation should be immediately reported to any of the following individuals/departments:

- Your Supervisor or any Vice President

- The Employee Relations Department

  - Adele Schlotzhauer (Executive Director – Human Resources):  (857) 770-5201

- The Legal Department

  - Jim Hlawek (Executive Director – Labor & Employment): (857) 770-7522

  - Ellen Whittemore (Wynn Resorts EVP & General Counsel):  (702) 770-2113

- Confidential Hotline (1-844-962-1319; https://wynnresorts.ethicspoint.com)

# **More Sources**



- You may also file a formal complaint with:

  - The United States Equal Employment Opportunity Commission ("EEOC")

  - The Massachusetts Commission Against Discrimination ("MCAD")

# Response to Reports

Complaints will be investigated in a timely, neutral and fair manner.

The Company expects all employees to cooperate fully in any investigation.

Complaints will be investigated as discreetly and confidentially as possible.

No off-the-record conversations.

# The "Bystander Effect"

Individuals tend to feel less responsible to help or take action when in a group



If you witness harassing or discriminating behavior…

# Four Options for Bystanders



**Distract**



# Directly Intervene





**Check In Later**



