# Exhibit 7

ER 6

Posted: 02/21/23 2:16PM     By: Charlene DiGaetano

02/21/23 5:00PM // Note to File // Spoke with Charlie about using discriminatory words at work. I overheard him on Saturday say to ▮▮▮ "As long as that monkey pays me". I spoke with ▮▮▮ today and he said he heard it too but he does not let what Charlie says bother him in that manner. I informed Charlie this would be a NTF and of course he is being very defensive and trying to say things to defend himself. I informed Charlie that he just needs to not say things of that nature at work as it is highly inappropriate and offensive. Charlie is aware that another instance of this nature will result in an ROC.

Posted: 06/27/22 8:48AM     By: Jennifer Swafford

06/26/22 4:38 pm // Note to File // Charlie put his phone in ACW at 4:38 pm and failed to properly sign off his phone or clock out at the end of his shift at 4:45 pm. This is a violation of our Telephone Log In/Out & Clocking In and Out Policies. Further Infractions of this nature will result in progressive discipline. //jswafford

Posted: 06/21/22 12:42PM     By: Jennifer Swafford

06/20/22 // Guest Complaint // Per FOM Jordon - "Mr. Dautner came to the FD upset and asked to speak to a manager regarding the booking of his reservations. FOM spoke with Mr. Dautner who stated that he was booked for his 224 promotional into a BK and then his 228 promotional reservation was booked into a BKH. The guest was then told that the only way he could stay in the same room would be to pay the upgrade fee for the first 2 nights. The guest was upset as he did not even care about the Harbor View and felt as though he was upsold in a negative way. For recovery purposes the upgrade fee was removed for the first 2 nights."

Posted: 06/08/22 2:17PM     By: Jennifer Swafford

06.08.22 // Note to File // Charlie was observed wearing sneakers which is a violation of our dress code policy. Charlie was informed for his next shift he needs to have appropriate business casual footwear. He did have a pair of dress shoes in his desk drawer that he immediately changed into. //jswafford

Posted: 04/07/22 10:47AM     By: Charlene DiGaetano

Spoke with Charles today about his Restroom, Breaks, and Special Project AUX's being excessive lately. He understood and stated he will work on it.

Posted: 01/30/22 1:41PM     By: Charlene DiGaetano

Charles was beyond helpful and such a wonderful help during our booking process. Thank you Charles for being patient, kind, and understanding! - Gene Kusmierz and Barbara Garabedian during booking process 01.27.22

**REDACTED**

Posted:   01/20/22 12:25PM        By:   Charlene DiGaetano

Gratitude from a guest: I am very grateful to Charlie for assisting me with making reservations for my parents. There is a language barrier and Charlie was very patient and kind. Thank you Charlie - Lady Sounakeo

Posted:   01/10/22 3:34AM          By:   Joan Singarella

Per Charlene's shift report for 01.09.22

- Charlie left his phone in aftercall and I did not notice for about 11 minutes

Posted:   12/29/21 9:49AM          By:   Charlene DiGaetano

Anthony Delgaudio on his interaction with Charles: I was initially upset because I thought I would not receive the answers I was looking for but Charlie turned that all around! Charlie was very clear, quick, and precise. He answered all of my questions before I could even ask! Thank you Charlie for being so pleasant to deal with.

Posted:   12/16/21 4:46AM          By:   Charlene DiGaetano

Mr. Kenneth Young wanted to leave some nice words about Charlie, "Charlie is one of the nicest people I have spoken to at Encore. He was direct, to the point, and very helpful".

Posted:   12/11/21 1:35PM          By:   Joan Singarella

Observed Charlie's phone on his desk and asked him to put it away.

Posted:   11/21/21 11:45AM         By:   Charlene DiGaetano

Charles was very nice, patient, and polite. I appreciate everything Charles assisted me with today! He was very helpful. - Edward Burke (COM created and issued)

**REDACTED**

Posted: 11/10/21 11:43AM    By: Charlene DiGaetano

At 1:25PM, Charles was observed texting on his cellphone.

Posted: 11/08/21 4:30AM    By: Joan Singarella

Per AUX Daily Report for 11.07.21
Charles has 38 minutes of restroom time

Truong, Charles 5797305 9:59:11 1:57:11 :09:06 1:01:17 :00:00 :38:30

Posted: 11/08/21 3:16AM    By: Joan Singarella

Per JSwafford shift report for 11.07.21

Charlie left for the day but did not sign out of his phone. He was in ACW for 53 mins before I caught it

Posted: 11/07/21 5:35AM    By: Joan Singarella

Per AUX Daily report for 11.06.21
Charles has 37 minutes of restroom time

44505   11/06/2021   1636192632   9:57:12AM   1   1   Restroom   AUX   763
12:43

Posted: 10/23/21 12:55PM    By: Desarie Johnson

Charles: Forgot to AUX for lunch at 1:31 PM . 18 missed calls during this time frame. Call Log saved under H Drive personal folder NTF added to file.

**REDACTED**

Posted:   10/17/21  8:12AM        By:   Charlene DiGaetano

At 11:04AM , I observed Charlie on his cellphone. This is the 4th time since May of this year.

Posted:   10/11/21 11:26AM        By:   Joan Singarella

On October 8, Charles booked comp promos for two guests who have already used their promos. Mr. Thanatchai Saktanaset and Patcharin Saktanaset

Posted:   10/04/21  4:24AM        By:   Joan Singarella

On 10/3/21 - Charles had 48 minutes of Special Project time - none of the ASM asked him to work on a project
Also had 13 minutes of down computer time - no notes on any ASM shift report

Posted:   10/03/21  7:02AM        By:   Joan Singarella

Charles AUXed as Special Project at 10:00am.

Posted:   09/22/21  4:18PM        By:   Charlene DiGaetano

At 6:53 p.m. I realized that Charles had not logged out of his phone when he left and the phone was still showing available. Charles clocked out at 5:54 p.m.

Posted:   09/20/21  7:20AM        By:   Charlene DiGaetano

Yesterday (09/19/21) I saw Charles on his cellphone. When i asked him to put his phone away, he stated, "What?" with his phone on his desk and I asked him to put it away again.

**REDACTED**

Posted:   09/20/21  5:19AM         By:   Joan Singarella

Per Charlene's shift report on 09.19-

- Charles left his phone in Special Project instead of logging out. It was about 20 minutes before I realized.

Posted:   09/19/21  11:34AM        By:   Joan Singarella

Noticed Charles with his phone in his hand at his desk and advised him to put it away.

Posted:   09/12/21  7:47AM         By:   Charlene DiGaetano

Spoke with Charlie about him falling asleep during Forbes training. I informed him that next time is a 1st written and that Cameron will speak with him Wednesday. At first he stated that he understood. After a few minutes he asked to speak with me privately again, and he was very upset. He feels that we are singling him out, he is always being watched, and even mentioned potentially giving his two weeks' notice and involving the Union if SPI is involved. He stated that Jen never told him directly what specific videos to watch and that he nodded off for a quick second but was very aware of what was going on. He informed me that he was not

Posted:   09/11/21  6:59PM         By:   Jennifer Swafford

While conducting Forbes Training today, Charles had fallen asleep and was heard snoring. He was woken up and addressed. This is not the first time, however, the previous times were not documented.

Posted:   09/02/21  11:17AM        By:   Charlene DiGaetano

I received a call today from Mr. Philip Poulin (he needed to call and change dates of reservation due to a death in the family), Mr. Poulin wanted to let us know that although he thinks the whole EBH team is great, Charlie went above and beyond in offering Mr. Poulin sympathy due to the circumstances behind the call. Mr. Poulin also mentioned that Charlie was very nice, helpful, courteous, and knowledgeable. (COM created and issued).

Posted:   09/01/21  3:55PM         By:   Charlene DiGaetano

Charles assisted Mr. George Andriotti with a reservation today and as the call was being completed Mr. Andriotti

**REDACTED**

asked to speak with Charles manager and stated the following, "Charles provided me with a wonderful experience today. He answered every question I had and was very helpful".

Posted:   08/01/21  1:16PM        By:   Desarie Johnson

Charles has received compliments from guest this week for the attention to detail and patients that he is showing to his guest.
Guest Compliments: Kenneth Young 781-600-8513. Guest called to complain about not being able to update his DOB due to system issues, Charles was extremely patient with Mr. Young as he is not technology savvy. After incorrectly entering information Charles was able to explain the process and go over all his options. Mr. Young wanted to thank Encore Boston Harbor for taking the time to address these issues and for having such

Posted:   07/16/21  7:38AM        By:   Joan Singarella

Per C DiGaetano shift report of 07.15.21

- Charles left for 4:45 but his phone was in aftercall – It was in aftercall for about 28 minutes after he left for the day.

Posted:   06/03/21 12:19AM        By:   Angela DeMarco

Charles did not log out his phone and I noticed he was still on Aftercall at 8pm

Posted:   05/18/21  4:29AM        By:   Joan Singarella

Per Charlene's shift report for 05.1721

- Charles didn't completely log out of phone and at 7:30pm I realized his phone was in Aftercall since 6pm.

Posted:   05/17/21 10:21AM        By:   Joan Singarella

At 1:20pm Tyler asked for my assistance and when I went to help him, Charlie was on his phone.

**REDACTED**

Posted:   05/17/21 5:07AM          By:   Joan Singarella

On Friday, May 14 and Saturday, May 15, staff were reminded on Pre Shift:

Breaks and Aux times

Team, we have been noticing unnecessary extended break, restroom and aux times. Please be more mindful

Posted:   05/12/21 1:57PM          By:   Desarie Johnson

On 05/12/21 Charles took a 7 minute bathroom break and used AUX Code ACW. Instead of AUX Break code 2. At the end of Charles shift at 4:43PM hours I showed Charles a AUX Daily print out of his calls for the day and showed how he used ACW (Aftercall) instead of AUX 2.
3    05/12/2021    9:28:45AM    1    1            ACD IN    7007    166 y    y    n    y
9783982464

Posted:   03/21/21 12:50PM         By:   Joan Singarella

On 3/21 - Charlie referenced the wrong WR account and gave a guest incorrect information. When the guest, Mrs. Joanne DiStefano WR 15558163 called for her confirmation, that's when the error was discovered. He advised the guest that she had a two night comp stay but she only has a one night or a Thursday or Sunday so she wanted to change her original reservation from 3/25 to 3/27-29. He actually changed Valerie DeStefano WR 15227208. I have called Mrs. Joanne DiStefano and have honored a comp stay for her.

Posted:   03/11/21 9:19PM          By:   Cameron Frye

On 03/11/21 Charlie created a reservation under the wrong name and WR number. The WR number was off by a few digits; this caused a prolonged guest check-in experience as FD had to locate the actual guest by credit card information.

Posted:   03/11/21 9:16PM          By:   Cameron Frye

On 1/26/21 Charles created a valentines day reservation under the wrong name and WR number causing the actual guest to arrive at the FD without a reservation. Delayed check in time was experienced and guest was provided compensation in the form of a comp upg to a BSIGH. FD was able to rectify but compensation was offered and guests arrival and check-in experience was impacted.

Posted:   11/04/20 11:48AM         By:   Matthew Wigmore

On Nov 4th Charles was witnessed by Matt Wigmore using his cell phone at his cube. This is a violation of the Call Center Personal calls and devices policy. I asked him to put it in his cubby and turn the volume off.

**REDACTED**

Posted:   11/02/20  9:50AM          By:   Joan Singarella

Spoke with Charlie about his AUX time in restroom on Nov 1. It was over an hour. I have asked him to please be mindful of the time. He understood.


Posted:   10/26/20  2:42PM          By:   Joan Singarella

Conducted a seniority pull for Charles, Edwin and Jeffrey today. Rich Shanley from WR was the witness and the person who pulled the names with Jeffrey and Charles present. Seniority is as follows:
Charles
Jeffrey
Edwin


Posted:   10/05/20 10:19AM          By:   Joan Singarella

We received an email from Jonathan Sa about a reservation Charles made with a share with that he forgot to change the number of adults causing the rate to run on both guests. Jonathan corrected. I reminded Charles to please make sure when doing a share with to change the number of guests to 0.


Posted:   09/13/20  1:14PM          By:   Joan Singarella

Reminded Charles to make sure he logs out of his phone. He left his phone on 09/12 in Aftercall.


Posted:   09/10/20 12:03PM          By:   Joan Singarella

Reminded Charles to make sure to add the new cleaning policy to every reservation. Also to make sure to capture a credit card for all reservations including the comp promotions.


Posted:   07/31/20 10:56AM          By:   Amber Doherty

**REDACTED**

On Friday, July 31, 2020, Charles blind transferred a guest to the Casino Host line. Charles misinformed the guest on the availability for the guests HBRAUG3 offer. The offer is available for "any day" based on availability. Charles mis-understood the availability because he noticed the offer is only available on Thursdays and Sundays throughout the month. The guest wanted to book a Friday or Saturday, Charles advised the guest that the promotion is only available on Thursdays and Fridays, the guest was upset because he felt mislead on the wording "any day". Charles tried to see if a manager could accommodate; he

Posted: 03/03/20 8:49AM          By: Alaina Posluszny

On March 3rd Charles was witnessed by Alaina Posluszny using his cell phone at his cube. This is a violation of the Call Center Personal calls and devices policy. This policy was revised and announced on Pre-shift on Dec 1st. Charles put the phone away.

Posted: 03/03/20 8:22AM          By: Jocelyn Hogan

On March 2nd Charles was witnessed by Jocelyn Hogan using his cell phone at his cube. This is a violation of the Call Center Personal calls and devices policy. This policy was revised and announced on Pre-shift on Dec 1st. Charles put the phone away and apologized.

Posted: 03/01/20 11:34AM         By: Amber Doherty

Charles assisted Ms. Busi in booking her room reservation. "Charlie was so excellent, friendly, and polite. This will be my first time staying there and he left a great first impression." Thank you Charles for creating an unforgettable moment.

Posted: 02/25/20 2:33PM          By: Alaina Posluszny

Mr. David Cormier was very impressed with Charles, when he called to make his room reservation. He said Charles was very professional and he was thankful that he provided him the best rate for his stay. Thank you for creating unforgettable experiences!

Posted: 02/17/20 7:23AM          By: Amber Doherty

On Sunday, February 16, 2020 Jocelyn Hogan (Call Center Asstistant Manager) and myself spoke with Charles in regards to room reservation numbers 142579, 142582, 143401 that he created. On February 15, 2020, Jocelyn was alerted by the front desk that Suzanne Reynolds (143401) arrived to the resort demanding compensation because she received a confirmation email. She said receiving the email was traumatic because she had recently had her identity stolen and needed compensation for this trauma. She was not given any compensation just reassurance we would remove her email and that no money or credit card had

**REDACTED**

Posted: 01/20/20 1:22PM          By: Jocelyn Hogan

Charles failed to sign the Call Center break sheet at the beginning of his shift causing him to miss his break time. I called Charles at 2:30 to ask what time he was going and although he started at 10 am had not seen the sheet for the day. I reminded Charles to sign the break sheet at the beginning of his shift daily. On January 7th i had a conversation with Charles about the break sheet. This is our third conversation.


Posted: 01/08/20 4:45AM          By: Matthew Wigmore

I noticed that Charles had put his phone into "aftercall" and he went and to the kitchen and made a coffee. I approached him and reminded him 'aftercall" was not to be used for making a coffee. I reminded him that Amber had this exact conversation with him back in December and how he should using the correct AUX code during the work day. Also I had just went over in pre-shift 25 mins before this about using the correct AUX code during the work day. After speaking with him he was going to make sure he is using the correct AUX code going forward.


Posted: 01/07/20 1:02PM          By: Jocelyn Hogan

Jocelyn Hogan had a conversation with Charles Truong as a verbal warning about the break sheet. Break sheet expectations were reviewed on Pre-shift on Oct 16th. Charles was spoken to by myself on Oct 19 about misuse of the break sheet. Charles understands the expectation and said he will comply with the standard.


Posted: 12/13/19 4:18AM          By: Matthew Wigmore

Charles Truong clocked out late on 12/12/19 by 2 minutes. I have reviewed the policy regarding Timeclocks with Charles. Going forward, he will abide by the policy and understands that any further misconduct may result in discipline. Charles was spoken to about this by Matt Wigmore on 8/13/19.


Posted: 12/03/19 7:25AM          By: Amber Doherty

Record of conversation - On December 3, 2019 Charles was witnessed getting up from his desk walking around and getting one of the monthly calendars. I asked if he needed a help with a reservation since he was in aftercall, yet he was away from the station. He responded defensively that he was just getting a calendar, that he hasn't even been up for two minutes which I informed him that was not my point, that he cannot just use "Aftercall" for every single time he is off the phone and informed him that he needs to use the correct aux buttons. He could have used "Special Project" since it was technically work related, but the point was that


Posted: 11/29/19 6:19PM          By: Amber Doherty

On October 21, 2019 Charles was observed in "aftercall" for over five minutes while speaking with another employee. There were calls in queue and I asked Charles if he needed help with a reservation because he was

**REDACTED**

in "aftercall". He said no, he forgot, and then placed himself available in "auto-in". Charles understands the AUX Button Policy

Posted: 10/09/19 12:43AM        By: Matthew Wigmore

On Sept. 25th Ms. Connie O'Connor wanted to recognize Charles for being so helpful. "He was so helpful, he helped out so much. He was amazing. He took his time with me and I didn't feel rushed. The phone manner that Encore presents is unbelievable. Please tell Charlie I said thank you again. Thank you Charlie for creating an unbelievable experience.

Posted: 08/06/19 5:41AM        By: Joan Singarella

Reminded Charles of our No Cell Policy as he had his cell phone out and it was noticed by other employees.

Posted: 08/04/19 9:35AM        By: Joan Singarella

Reminded Charles of the aux out policy. Melanie needed to head to lunch and Charles had his phone on aftercall for 13 minutes and we weren't sure where he was.

**REDACTED**