**Exhibit 8**

# Exhibit 8



**Counseling Notice**

### Employee Information

| | | |
|---|---|---|
| Charles Truong | 100916 | 2/22/2023 |
| Employee Name | Employee Number | Date Prepared |
| Agent | 615004 | 6/3/2019 |
| Job Title | Job Number | Hire Date |
| Call Center Operations | 22210 | |
| Department | Department Number | |

### Counseling Action Details

Incident Type: **Company Policy Violation**       Date of Incident: **2/22/2023**

**Counseling Action Details**

- [ ] First Written Warning
- [ ] Second Written Warning
- [X] Suspension Pending Investigation

**Witness Involved\Guest Complaint**

| | Yes | No |
|---|---|---|
| Witness(es) Involved: | X | |
| Guest Complaint: | | X |

Counseled within the last 12 months?   No
List dates and action taken:

### Details and/or Resolution

Placing Charles Truong on SPI due to violation of company policy - "Preventing Harassment & Discrimination Policy"

### Acknowledgements

| | | |
|---|---|---|
| Yelena Gorbovets | 096357 | 2/22/2023 |
| Issued By | Employee Number | Date |
| [signature] | 096357 | 2/22/2023 |
| Department Manager Signature | Employee Number | Date |
| Charles Truong [signature] | | 2/22/2023 |
| Employee Signature | | Date |

I did not mean any harm toworeds anybody that is involved. I am sorry for saying the word. I did not know the word is a bad word. Again I'm sorry this happen