# Exhibit 9

Joine ?



**EMPLOYEE RELATIONS
EMPLOYEE STATEMENT**
—Please Print—

Employee Name: Charles Truong   ID # 100416   Department: Call Center

Myself and ▮▮▮ are good working co-workers that joke around in the office, we are good friends in office and we hang out of the work before and talk and text over the phone from time to time. On February 19 me and ▮▮▮ was in office talking about a contest we have in the office every month. We are competitive towards each other to who will win. We always joke around and have good barter talk. I was recently inform part of our conversation in the office I said the word monkey. In which I did say word monkey. In my culture for Vietnamese New Year we use what year you where born and in the Chinese Zodiac tells you what animal you are for the year you where born. I didn't mean anything buy this or any discrimination when I found the word monkey a rasiam term he was not mad, I personally apologize to him as soon as I found out it is a racism term towards him. Our relationship has not change, we are good friends towards this day

Employee Signature: Charles Truong   Date: 2/22/23

Do not remove this form from the Employee Relations Department.

Employee Work Hours _____ am/pm   Days Off ___/___   Contact # _____

ER-003-EBH

**REDACTED**