**Exhibit 10**

# Exhibit 10

Joint 8

**Encore**
**BOSTON HARBOR**

EMPLOYEE RELATIONS
EMPLOYEE STATEMENT
—Please Print—

Employee Name: Maria Portillo   ID # 115390   Department: Call Center

On Sat 02/18/23, A incident happened During My Shift, Between ▇ N Charlie During this time it was about who is the Top seller! They both were going back and forth but at one Point Charlie told ▇ "Monkeys will Pay" He Said this because they made a bet of who would win. I brought it up to My manger because I Wasn't Sure if what I heard was Correct. My Manager Charlene Said she will talk to him.

Employee Signature: [signed]   Date: 02/23/23

Do not remove this form from the Employee Relations Department.

Employee Work Hours _____ am/pm   Days Off ___/___   Contact # _____

ER-003-EBH

**REDACTED**