# Exhibit 11

Joint 9

**Encore BOSTON HARBOR**

GUEST/EMPLOYEE CONTINUATION...

IN#: ___
Date: 2-18-2023

In the Call Center office on 2/18/2023, an open conversation were taking place between Charles and I, about selling the most rooms amongst us and we are both competitive at what we do. We placed a friendly bet and what was said to reference of payment was "The Monkey Better pay". It was a silence after the comment and I remained professional in doing my job. Once I returned back to work on 2/21/23, it was brought to my attention from my Manager Charlene that a few people in the office reported this to her and I confirmed that it was offensive and something that should have never been said and I wondered how someone can be so comfortable in say something so offensive. Someone seen/heard and said something because it was not only offensive to me but to others.

Investigator Signature and ID#: ███████

Guest/Employee Signature: ███████   2/23/2023

**REDACTED**

**Encore**
BOSTON HARBOR

GUEST/EMPLOYEE CONTINUATION...

IN#: _____
Date: _____

First thing to solve a problem is recognizing that there is one. Ignorance is not an excuse and not only an apology were made but more learning from each other and training.

Investigator Signature and ID#: _____

Guest/Employee Signature: _____

**REDACTED**