Exhibit 13

# Exhibit 13

ER.10



Charles Truong, 100916, Agent- Call Center

DOH 06/03/2019

Termination Reason: Company Policy Violation- Preventing Discrimination and Harassment

### Active Discipline

None

### Suspension Incident

02/22/2023 – Suspension Pending Investigation – Company Policy Violation

### Incident Detail

On 02/19/23, Employee made a discriminatory comment "as long as the monkey pays me" during a conversation with another employee in the department.

### Employee Position

Charlie admitted to using the word "monkey".
Charlie stated that the word "monkey" was in reference to the Chinese Zodiac.
Charlie told the manager that he had two bananas and was offering one to the Affected Employee.
Charlie stated that after he was placed on suspension the reason, he offered Affected Employee bananas was just to offer him the food. Charlie stated that offering the banana was not racial. He was just offering food.

### Employee Relations Investigation

Employee Relations investigated the incident that occurred on 02/19/23.
Witnesses corroborated that Charlie said, "as long as the monkey pays me".
Witnesses confirmed that Charlie was not talking about the Chinese Zodiac.
Affected Employee was offended by the comment "as long as the monkey pays me".
Affected Employee stated that Charlie did not apologize but instead said "you know we always joke round".
Charlie did not provide any evidence that the conversation was about Chinese zodiac or that ▇▇▇▇ birthday was connected to the year of the monkey.
After being suspended, Charlie grabs bananas from his cubby and offered them to Affected Employee. Incident was confirmed via video footage review. Affected Person did not understand the reason for Charlie offering him a banana after he was placed on suspension. Other employees were present in the area but Affected Person was the only one Charlie offered a banana too.

### Department Recommendation

Department recommends Termination for Violating Company Policy.

Completed By: Charlotte Valentin

**REDACTED**