# Exhibit 14

ER9

**Case: 2023-3341 – Employee Walk-In**
Encore Boston Harbor Employee Relations
Harassment/Discrimination/Retaliation : Discrimination

### Case Snapshot

**Opened:** 02/27/2023 12:19 PM
**Days open:** 17
**Last modified:** 04/06/2023 2:48 PM
**Date closed:** 03/17/2023
**Intake method:** Employee Walk-In
**Status:** Closed
**Alert:** None

### General Case Info

**Case number:**
2023-3341

**Received/Reported date:**
02/22/2023

**Alleged incident date:**
02/18/2023

**Language:**
English

**Assigned tier:**
Encore Boston Harbor Employee Relations

**Creator:** Charlotte Valentin Rivera charlotte.valentin@encorebostonharbor.com

### Issue

**Primary Issue:**
Harassment/Discrimination/Retaliation : Discrimination

**Summary:**
Complainant, Assistant Manager, alleges Charged Party, Call Center Agent, said "as long as that monkey pays me" in reference to Affected Person, who is African-American.

### Case Details

**Reported tier information**

**Case type:**
Incident

**Intake method:**
Employee Walk-In

**Location**

**Branch number:**
Encore Boston Harbor

**REDACTED**

**Location/Address:**
One Broadway

**City:**
Everett

**State/province:**
MA

**ZIP/postal code:**
02149

**Country/Territory:**
United States

### Reporter Information

**Reporter anonymous:**
No

**Reporter first name:**
Charlene

**Reporter last name:**
Digaetano

### Case Information

**Has this issue been previously reported?**
No

**What is your relationship to Wynn Resorts?**
Employee

**If you are an Employee of Wynn please provide us with your position and title.:**
Assistant Manager

**Please identify the person(s) this report is about:**
Charlie Truong
███████
Maria Portillo

**Are there any witnesses involved?**
Yes

**If yes, then who?**
Maria Portillo and Charlene DiGaetano

**Have you reported this to Employee Relations?**
Yes

**Was this reported to a manager?**
Yes

**If yes, then who?**
Yelena Gorbovets

**Where did this incident occur?**
Call Center

**Please provide the date and time this incident occurred:**
02/18/23 after 1pm.

**How long do you think this problem has been going on?**
Don't know

**How did you become aware of this incident?**
Told to me by a co-worker

**Details:**

**REDACTED**

Employee Relations received this case on 02/22/23. Complainant ,Assistant Manager, witnessed two Call Center employees having a conversation about sales goal contest. Complainant witnessed Charged Party saying, "as long as that monkey pays me" in reference to Affected Person.

### Assignments & Access

**Primary Investigator:** Charlotte Valentin Rivera
**Restricted access:** None
**Case access list:** Carolina Paz; Charlotte Valentin Rivera; Ellen Whittemore; Fiona Hartigan; Geneeka Guerra; Greg Brower; Gregg Desfosses; Jacqui Krum; James Hlawek; Jasmin Petrosino; Kelly Stevenson-Idham; Lori Yeager; Marcus Trummer; Matthew Gravini; Melanie Escobar; Robert T Sevene; Shelley Abreu-Yuen; SIOBHAN MCMANUS

### Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| Charlene DiGaetano | None | Employee | Witness | None | |
| Charles Truong | None | Employee | Charged Party | Termination | |
| ███████ | None | Employee | Affected Person | None | |
| Maria Portillo | None | Employee | Witness | None | |

### Agencies

None

### Attachments

**Files**

| File | Category | Date | Description |
|---|---|---|---|
| Marla Portillo Statement.pdf | | 02/27/2023 12:14:00 PM | |
| Charlene DiGaetano Statement.msg | | 02/27/2023 12:14:00 PM | |
| Charlie Truong Statement.pdf | | 02/27/2023 12:18:00 PM | |

### Synopsis

**Outcome of case**

**Primary outcome:**
Substantiated

**Secondary outcome 1:**
- Select One -

**Secondary outcome 2:**
- Select One -

**Action taken:**
Termination

**Synopsis notes:**
Employee Relations conducted an investigation that substantiated the allegation. Charged Party admitted to using the word "monkey" during the conversation and gave non-credible denials about what he meant by the term.

**REDACTED**

Witnesses corroborated the substance and context of the conversation. After being put on Suspension Pending Investigation Charged Party gave a banana to Affected Person. Charged Party was terminated for violating the Preventing Discrimination and Harassment Policy.

Tasks

None 

Case Notes

None

Related Cases

**Cases marked as related to this case**
None

**REDACTED**