**Exhibit 16**

# Exhibit 16
# Filed Under Seal