```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| WYNN MA, LLC, | ) |
|  | ) |
|             Plaintiff, | ) CIVIL ACTION |
|  | ) No. 24-10067-WGY |
|        v. | ) |
|  | ) |
| THE INTERNATIONAL BROTHERHOOD | ) |
| OF TEAMSTERS, LOCAL 25; and | ) |
| UNITE HERE!, LOCAL 26, | ) |
|  | ) |
|             Defendants. | ) |

YOUNG, D.J.                                          June 24, 2024

## ORDER

The Court has carefully reviewed the comprehensive and helpful briefs of the parties and notes that here there is no suggestion of corruption on the part of the arbitrator. This Court holds that the Arbitrator's award drew its essence from the parties' collective bargaining agreement and does not violate public policy. See WYNN MA, LLC, Plaintiff, v. UNITE HERE!, LOCAL 26, Defendant., No. 23-CV-11223-ADB, 2024 WL 2962805 (D. Mass. June 12, 2024) (Burroughs, J.). Accordingly, given the extraordinary deference mandated by the Supreme Court to arbitral proceedings, there is no just reason for delay and no reason for an oral hearing. See UBS Fin. Servs. Inc. v. Asociacion de Empleados del Estado Libre Asociado de Puerto Rico, 419 F. Supp. 3d 266 (D. Mass. 2019). The Defendants'

cross motions for judgment on the pleadings [ECF No. 28, ECF No. 30] are **ALLOWED**, except for the Defendants' request for attorney's fees and expenses, which is **DENIED**.  The Plaintiff's motion for judgment on the pleadings is **DENIED** [ECF No. 24], and the Arbitrator's award is **CONFIRMED**.  Judgment will enter so declaring.

**SO ORDERED.**

*/s/ William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE